IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.  2:05cv83-T |
| | )           (WO) |
| AUBURN UNIVERSITY MONTGOMERY, | ) |
| | ) |
|    Defendant. | ) |

**ORDER**

Now pending before the court is the defendants' motion to compel discovery and to require the plaintiff to respond by October 3, 2005 (doc. # 42) and motion for more definite statement (doc. # 43). In the motion for a more definite statement, the defendants assert that the plaintiff's retaliatory discharge claim against defendants Gardner and Robinson is "so vague, ambiguous, and confusing" that they cannot respond to it. However, in the motion to compel discovery and shorten time to respond, the defendants admit that the plaintiff's deposition is set for October 5, 2005. Consequently, the defendants can delve into and more fully develop the basis for the plaintiff's claim during his deposition. Accordingly, upon consideration of the motions, and for good cause, it is

ORDERED that the defendants' motion to compel discovery and to require the plaintiff to respond by October 3, 2005 (doc. # 42) be and is hereby GRANTED. It is further

ORDERED that the defendants' motion for more definite statement (doc. # 43) be and is hereby DENIED.

Done this 28th day of September, 2005.

                                            /s/Charles S. Coody
                                      CHARLES S. COODY
                                      CHIEF UNITED STATES MAGISTRATE JUDGE