IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv83-T |
| ) | (WO) |
| AUBURN UNIVERSITY AT ) | |
| MONTGOMERY, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

On August 4, 2005, the court entered a scheduling order in this case setting October 29, 2005, as the discovery cut-off and dispositive motions date. (Doc. # 22) On October 4, 2005, the court entered an order staying all discovery pending resolution of pending discovery motions. (Doc. # 48). On October 31, 2005, the court heard oral argument on the pending motions. During oral argument, the court ordered the parties to set a date for the plaintiff's deposition. Consequently, the plaintiff's deposition should now be complete. Accordingly, it is now appropriate for the court to enter a new scheduling order. For the reasons as stated, and for good cause, it is

ORDERED as follows:

1. That the stay entered on October 4, 2005, be and is hereby LIFTED.

2. That, other than depositions already set, no further discovery may be conducted without leave of the court.

3. Any dispositive motions such as motions to dismiss or motions for summary judgment and any evidentiary materials in support of the motions shall be filed on or before December 30, 2005.

Done this 22nd day of November, 2005.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE