IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES H. SHORTZ, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05cv83-T |
| | )             (WO) |
| AUBURN UNIVERSITY AT MONTGOMERY, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On December 13, 2005, the plaintiff filed a document entitled "Discovery Update" in which he requests additional discovery, the discovery cut-off deadline extended, and permission to take additional depositions. On December 14, 2005, the defendant filed a response notifying the court that three depositions are presently set for December 16, 2005, but objecting to any further discovery. Upon consideration of these pleadings, it is

ORDERED that this matter be and is hereby set for oral argument on January 17, 2006, at 2:30 p.m. in Courtroom 4B, United States Courthouse Complex, One Church Street, Montgomery, Alabama. It is further

ORDERED, that with the exception of the three depositions presently set for December 16, 2005, all further discovery be and is hereby STAYED pending further order of the court.

Done this 15th day of December, 2005.

                                          /s/Charles S. Coody
                                     CHARLES S. COODY
                                     CHIEF UNITED STATES MAGISTRATE JUDGE